

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00245-CV

| | | |
|---|---|---|
| Jon Gower, Individually and as Representative of the Estate of Aaron Ashley Gower | § | From the 431st District Court |
| | § | of Denton County (14-07848-431) |
| v. | | |
| University Behavioral Health of Denton a/k/a UHP, LP d/b/a University Behavioral Health of Denton; Universal Health Services, Inc.; and Nishendu M. Vasavada, M.D. | § | July 20, 2017 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's orders that dismissed the claims of Jon Gower, individually and as representative of the estate of Aaron Ashley Gower and that required him to pay attorney's fees. It is ordered that the orders of the trial court are reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellees University Behavioral Health of Denton a/k/a UHP, LP d/b/a University Behavioral Health of Denton; Universal Health Services, Inc.; and Nishendu M. Vasavada, M.D. shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Terrie Livingston
     Chief Justice Terrie Livingston